# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Thompson, Anne E. | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>05/10/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge - Senior Status | 5a. Report Type (check appropriate type)<br>☐ Nomination    Date<br>☐ Initial   ☑ Annual    ☐ Final<br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

402 E. State Street
Room 4000
Trenton, NJ 08608

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member - Criminal Law Drafting Committee | National Conference of Bar Examiners |
| 2. | Co-Trustee | Trust #1 - U/W Wm. Thompson Art. Fifth |
| 3. | Co-Trustee | Trust #2 - U/W Wm. Thompson Art. Sixth |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 05/10/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | National Conference of Bar Examiners -- Fees earned for drafting, editing & revising bar exam and evaluating performance of test questions. | $7,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bar Examiners | April 23-26. 2015 | Austin, TX | Activity of Organization | Airfare, Hotel, Meals & Local Transportation |
| 2. | National Conference of Bar Examiners | September 9-13, 2015 | Martha's Vineyard, MA | Activity of Organization | Meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 05/10/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Sun Nat'l Bank Checking Account | A | Interest | K | T | | | | | |
| 2. Glenmede Tax-Exempt Fund | | None | J | T | | | | | |
| 3. Intel Corp | | None | | | Sold | 01/07/15 | J | B | |
| 4. Freeport McMoran Copper Gold Inc. | | None | | | Sold | 01/07/15 | J | A | |
| 5. Coach Inc. | | None | | | Sold | 01/07/15 | J | A | |
| 6. Baxter Intl Inc | A | Dividend | | | Sold | 11/07/15 | J | A | |
| 7. Metropolitan Life Insurance Company | A | Interest | J | T | | | | | |
| 8. Chase Bank | A | Interest | K | T | Open | 05/22/15 | J | | |
| 9. TRUST #1 -- U/W Wm. Thompson Art. Fifth | D | Dividend | O | T | | | | | |
| 10. -- Fidelity Diversified Int'l Fund | | | | | | | | | |
| 11. -- Fidelity Money Market Cash Reserves | | | | | | | | | |
| 12. -- Fidelity Advisor New Insights Fund | | | | | | | | | |
| 13. -- Fidelity Real Estate Investment Fund | | | | | Sold (part) | 03/23/15 | J | B | |
| 14. -- Fidelity Blue Chip Growth Fund | | | | | | | | | |
| 15. -- Fidelity Short-Inter Mediate Muni Income Fund | | | | | | | | | |
| 16. -- Baron Growth Fund | | | | | Sold (part) | 03/23/15 | J | B | |
| 17. -- DWS Strategic High Yield Tax Free CL S | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -- Diamond Hill Small Cap Fund CL A | | | | | | | | | |
| 19.  -- Harbor Capital Appreciation Fund | | | | | | | | | |
| 20.  -- Hartford Capital Appreciation Fund CL A | | | | | | | | | |
| 21.  -- Hotchkins & Wiley Mid Cap Value Fund CL A | | | | | | | | | |
| 22.  -- Morgan Stanley Mid Cap Growth Port CL P | | | | | | | | | |
| 23.  -- T Rowe Price Mid Cap Value Fund Adv Class | | | | | | | | | |
| 24.  -- T Rowe Price Value Fund Adv Class | | | | | | | | | |
| 25.  -- Royce PA Mutual Fund | | | | | Sold | 03/23/15 | J | C | |
| 26.  -- S&P 500 Depository Receipt | | | | | Buy (add'l) | 08/27/15 | K | | |
| 27.  -- Invesco Int'l Growth Fund | | | | | | | | | |
| 28.  -- Vitrus Foreign Opportunities Fund | | | | | | | | | |
| 29.  -- Templeton Global Bond Fund | | | | | Sold (part) | 03/23/15 | J | A | |
| 30.  -- Templeton Global Bond Fund | | | | | Buy (add'l) | 06/03/15 | J | | |
| 31.  -- Templeton Global Bond Fund | | | | | Sold | 08/25/15 | J | A | |
| 32.  -- MFS International Diversification Fund | | | | | | | | | |
| 33.  -- T Rowe Tax Free Inc Fund | | | | | Sold (part) | 03/23/15 | J | A | |
| 34.  -- Aston/River Road Dividend All Cap | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -- Causeway International Value | | | | | | | | | |
| 36.  -- FMI Large Cap Fund | | | | | | | | | |
| 37.  -- Lazard Emerging Markets | | | | | Sold | 08/25/15 | J | B | |
| 38.  -- MFS Research Int'l | | | | | | | | | |
| 39.  -- Primecap Odyssey Growth Fund | | | | | | | | | |
| 40.  -- IShares TR Russell 1000 Value Index | | | | | Buy (add'l) | 03/25/15 | J | | |
| 41.  -- IShares TR Russell 1000 Value Index | | | | | Sold (part) | 08/27/15 | J | A | |
| 42.  -- IShares TR Russell 1000 Value Index | | | | | Buy (add'l) | 12/29/15 | J | | |
| 43.  -- IShares TR Russell 100 Growth Index | | | | | Buy (add'l) | 03/25/15 | J | | |
| 44.  -- IShares TR Russell 100 Growth Index | | | | | Sold (part) | 08/27/15 | J | A | |
| 45.  -- IShares TR Russell 100 Growth Index | | | | | Buy (add'l) | 12/29/15 | J | | |
| 46.  -- Fidelity Municipal Income | | | | | Sold (part) | 03/23/15 | J | A | |
| 47.  -- Fidelity Municipal Income | | | | | Sold (part) | 08/25/15 | J | A | |
| 48.  -- Artisan Small Cap Fund | | | | | | | | | |
| 49.  -- Wells Fargo Short-Term Muni Inc | | | | | | | | | |
| 50.  -- IShares TR Russell 1000 Index Fund | | | | | Buy (add'l) | 03/25/15 | K | | |
| 51.  -- IShares TR Russell 1000 Index Fund | | | | | Sold (part) | 08/27/15 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- IShares TR Russell 1000 Index Fund | | | | | Buy (add'l) | 11/17/15 | J | | |
| 53. -- IShares TR Russell 1000 Index Fund | | | | | Buy (add'l) | 12/29/15 | J | | |
| 54. -- Vanguard Growth Vipers | | | | | Buy (add'l) | 08/27/15 | J | | |
| 55. -- Vanguard Value Vipers | | | | | Buy (add'l) | 08/27/15 | J | | |
| 56. -- Financial Select Sector | | | | | Merged (with line 61) | 01/09/15 | J | | |
| 57. -- Franklin Federal Tax Free Income Fund | | | | | Sold (part) | 03/23/15 | J | A | |
| 58. -- Franklin Federal Tax Free Income Fund | | | | | Sold | 12/24/15 | J | A | |
| 59. -- Acadian Emerging Markets Port Inst. | | | | | Sold | 08/25/15 | J | A | |
| 60. -- Blackrock National Muni Fund Cl A | | | | | | | | | |
| 61. -- Sector Spdr Tr Shs Ben Int Financial | | | | | Buy (add'l) | 08/27/15 | J | | |
| 62. -- Fidelity Low Priced Stock | | | | | Sold (part) | 03/23/15 | J | | |
| 63. -- Fidelity Low Priced Stock | | | | | Sold | 11/13/15 | J | A | |
| 64. -- Transamerica International Small Cap Value | | | | | Sold | 01/14/15 | J | A | |
| 65. -- Nuveen Intermediate Duration Muni Bond | | | | | Sold | 03/23/15 | J | A | |
| 66. -- Fidelity International Cap Appreciation Fund | | | | | Buy (add'l) | 03/23/15 | J | | |
| 67. -- Fidelity International Cap Appreciation Fund | | | | | Sold (part) | 08/25/15 | J | A | |
| 68. -- MFS International Value Fund | | | | | Buy (add'l) | 03/23/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. -- MFS International Value Fund | | | | | Sold (part) | 08/25/15 | J | A | |
| 70. -- MFS International Value Fund | | | | | Buy (add'l) | 12/24/15 | J | | |
| 71. -- Oakmark International Cl I | | | | | Sold | 12/24/15 | J | A | |
| 72. -- Wasatch Frontier Emerging Small Co's | | | | | Sold | 09/10/15 | J | A | |
| 73. -- Spdr Ser Tr Barclays Conv Secs Etf | | | | | Sold | 03/25/15 | J | A | |
| 74. -- Spdr Ser Tr Barclays Conv Secs Etf | | | | | Buy | 08/27/15 | J | | |
| 75. -- Franklin International Sm Cap Grwth Adv | | | | | Buy | 01/14/15 | J | | |
| 76. -- Invesco Convertible Securities Fd | | | | | Buy | 03/23/15 | J | | |
| 77. -- Invesco Convertible Securities Fd | | | | | Sold | 08/25/15 | J | A | |
| 78. -- Oppenheimer International Bond | | | | | Buy | 03/23/15 | J | | |
| 79. -- Oppenheimer International Bondf | | | | | Sold | 06/03/15 | J | A | |
| 80. -- Oppenheimer International Bond | | | | | Buy | 08/25/15 | K | | |
| 81. -- Oppenheimer International Bond | | | | | Buy (add'l) | 11/13/15 | J | | |
| 82. -- Blackrock High Yield Bd Port | | | | | Buy | 03/25/15 | J | | |
| 83. -- Blackrock High Yield Bd Port | | | | | Sold | 08/27/15 | J | A | |
| 84. -- Blackrock High Yield Bd Port | | | | | Buy | 11/17/15 | J | | |
| 85. -- Blackrock High Yield Bd Port | | | | | Sold | 12/29/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -- Ishares Core S&P Small Cap | | | | | Buy | 03/25/15 | J | | |
| 87. -- Ishares Core S&P Small Cap | | | | | Sold | 08/27/15 | J | A | |
| 88. -- Ishares Core S&P Small Cap | | | | | Buy | 11/17/15 | J | | |
| 89. -- Ishares Core S&P Small Cap | | | | | Buy (add'l) | 12/29/15 | J | | |
| 90. -- Causeway Emerging Markets | | | | | Buy | 08/25/15 | J | | |
| 91. -- T Rowe Price Emerging Markets Stock | | | | | Buy | 08/25/15 | J | | |
| 92. -- T Rowe Price Emerging Markets Stock | | | | | Buy (add'l) | 12/24/15 | J | | |
| 93. -- Eaton Vance Income Fund of Boston | | | | | Buy | 08/25/15 | J | | |
| 94. -- Eaton Vance Income Fund of Boston | | | | | Sold | 11/13/15 | J | A | |
| 95. -- Eaton Vance Income Fund of Boston | | | | | Buy | 12/24/15 | J | | |
| 96. -- Templeton Frontier Markets | | | | | Buy | 09/10/15 | J | | |
| 97. -- Templeton Frontier Markets | | | | | Sold (part) | 12/18/15 | J | A | |
| 98. -- Templeton Frontier Markets | | | | | Sold (part) | 12/24/15 | J | A | |
| 99. -- Invesco Convertible Securities Fd | | | | | Buy | 11/13/15 | J | | |
| 100. TRUST #2 -- U/W Wm. Thompson Art. Sixth | C | Dividend | O | T | | | | | |
| 101. -- Fidelity Diversified Int'l Fund | | | | | | | | | |
| 102. -- Fidelity Money Market Cash Reserves | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -- Fidelity Advisor Mid Cap Fund II CL I | | | | | | | | | |
| 104. -- Fidelity Advisor Int'l Discovery Fund CL I | | | | | Sold (part) | 06/03/15 | J | A | |
| 105. -- Fidelity Real Estate Investment Fund | | | | | Sold (part) | 03/19/15 | J | A | |
| 106. -- Fidelity Blue Chip Growth Fund | | | | | | | | | |
| 107. -- Baron Growth Fund | | | | | | | | | |
| 108. -- DWS Strategic High Yield Tax Free CL S | | | | | | | | | |
| 109. -- Diamond Hill Small Cap Fund CL A | | | | | | | | | |
| 110. -- Harbor Capital Appreciation Fund | | | | | | | | | |
| 111. -- Hartford Capital Appreciation Fund CL A | | | | | | | | | |
| 112. -- IShares TR Russell 100 Growth Index Fund | | | | | | | | | |
| 113. -- Mutual Series Mutual Shares CL A | | | | | | | | | |
| 114. -- T Rowe Price Mid Cap Value Fund Adv Class | | | | | | | | | |
| 115. -- T Rowe Price Value Fund Adv Class | | | | | | | | | |
| 116. -- Royce PA Mutual Fund | | | | | Sold (part) | 03/19/15 | J | B | |
| 117. -- S&P 500 Depository Receipt | | | | | Buy (add'l) | 11/19/15 | J | | |
| 118. -- Invesco Int'l Growth Fund | | | | | | | | | |
| 119. -- Artisan Int'l Value Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -- American EuroPacific Growth Fund | | | | | | | | | |
| 121. -- MFS International Diversification Fund | | | | | | | | | |
| 122. -- Fidelity Advisor New Insights | | | | | | | | | |
| 123. -- EV Parametric Structure Emerging Markets | | | | | Sold | 12/09/15 | J | A | |
| 124. -- T Rowe Price Tax Free Income | | | | | Sold (part) | 06/03/15 | J | A | |
| 125. -- T Rowe Price Tax Free Income | | | | | Sold (part) | 11/17/15 | J | A | |
| 126. -- T Rowe Price Tax Free Income | | | | | Sold (part) | 12/22/15 | J | A | |
| 127. -- Dodge & Cox Stock Fund | | | | | | | | | |
| 128. -- IShares TR 1000 Index | | | | | Buy (add'l) | 03/23/15 | K | | |
| 129. -- IShares TR 1000 Index | | | | | Sold (part) | 11/19/15 | K | A | |
| 130. -- IShares TR 1000 Index | | | | | Buy (add'l) | 12/24/15 | J | | |
| 131. -- IShares TR 1000 Value Index | | | | | Buy (add'l) | 03/23/15 | J | | |
| 132. -- IShares TR 1000 Value Index | | | | | Sold (part) | 08/11/15 | J | B | |
| 133. -- IShares TR 1000 Value Index | | | | | Buy (add'l) | 11/19/15 | J | | |
| 134. -- IShares TR 1000 Value Index | | | | | Sold (part) | 12/24/15 | J | A | |
| 135. -- Oakmark International | | | | | Buy (add'l) | 12/22/15 | J | | |
| 136. -- IShares Msci EAFE Index | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -- IShares TR Russell Midcap Value Index | | | | | | | | | |
| 138. -- Templeton Global Bond | | | | | Sold | 03/19/15 | J | A | |
| 139. -- Templeton Global Bond | | | | | Buy | 06/03/15 | K | | |
| 140. -- Templeton Global Bond | | | | | Buy (add'l) | 08/07/15 | J | | |
| 141. -- Templeton Global Bond | | | | | Buy (add'l) | 11/17/15 | J | | |
| 142. -- Templeton Global Bond | | | | | Sold (part) | 12/22/15 | K | A | |
| 143. -- T Rowe Price International Stock | | | | | Sold (part) | 12/08/15 | J | A | |
| 144. -- Wells Fargo Short-Term Muni Inc | | | | | | | | | |
| 145. -- Fidelity Emerging Markets | | | | | Sold (part) | 11/17/15 | J | A | |
| 146. -- Oppenheimer International Bond | | | | | Sold (part) | 03/19/15 | J | C | |
| 147. -- Oppenheimer International Bond | | | | | Sold | 06/03/15 | J | B | |
| 148. -- Oppenheimer International Bond | | | | | Buy | 12/22/15 | K | | |
| 149. -- Blackrock National Muni | | | | | Sold (part) | 03/19/15 | J | A | |
| 150. -- Nuveen Intermediate Duration Muni Bond A | | | | | Sold (part) | 03/19/15 | K | A | |
| 151. -- Nuveen Intermediate Duration Muni Bond A | | | | | Sold | 11/17/15 | J | A | |
| 152. -- Sector Spdr Tr Shs Ben Int Financial | | | | | Buy (add'l) | 08/11/15 | J | | |
| 153. -- Sector Spdr Tr Shs Ben Int Financial | | | | | Sold (part) | 11/19/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -- Sector Spdr Tr Shs Ben Int Financial | | | | | Sold (part) | 12/24/15 | J | A | |
| 155. -- Fidelity Low Priced Stock | | | | | Sold (part) | 03/19/15 | J | A | |
| 156. -- Fidelity Low Priced Stock | | | | | Sold | 08/07/15 | J | A | |
| 157. -- Franklin International Small Cap Growth Advisor | | | | | | | | | |
| 158. -- MFS International Value Fund | | | | | | | | | |
| 159. -- Wasatch Forntier Emerging Small Cp's | | | | | Sold | 09/15/15 | J | A | |
| 160. -- Wasatch Forntier Emerging Small Cp's | | | | | Buy | 12/22/15 | J | | |
| 161. -- Spdr Ser Tr Barclays Conv Secs Etf | | | | | Sold | 03/23/15 | J | A | |
| 162. -- Spdr Ser Tr Barclays Conv Secs Etf | | | | | Buy | 11/19/15 | J | | |
| 163. -- Spdr Ser Tr Barclays Conv Secs Etf | | | | | Buy (add'l) | 12/11/15 | J | | |
| 164. -- Blackrock High Yield Bd Port | | | | | Buy | 03/19/15 | J | | |
| 165. -- Blackrock High Yield Bd Port | | | | | Sold | 11/17/15 | J | A | |
| 166. -- Causeway Emerging Markets | | | | | Buy | 03/19/15 | J | | |
| 167. -- Causeway Emerging Markets | | | | | Sold | 08/07/15 | J | A | |
| 168. -- Invesco Convertible Securities Fd | | | | | Buy | 03/19/15 | K | | |
| 169. -- Invesco Convertible Securities Fd | | | | | Sold (part) | 06/03/15 | J | A | |
| 170. -- Invesco Convertible Securities Fd | | | | | Sold | 11/17/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -- Acadian Emerging Markets Port | | | | | Buy | 08/07/15 | J | | |
| 172. -- Acadian Emerging Markets Port | | | | | Sold | 11/17/15 | J | A | |
| 173. -- T Rowe Price Emerging Markets Stock | | | | | Buy | 08/07/15 | J | | |
| 174. -- T Rowe Price Emerging Markets Stock | | | | | Sold | 11/17/15 | J | A | |
| 175. -- Templeton Frontier Markets | | | | | Buy | 09/14/15 | J | | |
| 176. -- Templeton Frontier Markets | | | | | Sold (part) | 12/18/15 | J | A | |
| 177. -- Templeton Frontier Markets | | | | | Sold (part) | 12/24/15 | J | A | |
| 178. -- Eaton Vance Income Fund of Boston | | | | | Buy | 11/17/15 | J | | |
| 179. -- Eaton Vance Income Fund of Boston | | | | | Buy (add'l) | 12/09/15 | J | | |
| 180. -- Eaton Vance Income Fund of Boston | | | | | Buy (add'l) | 12/22/15 | J | | |
| 181. -- Lazard Emerging Markets | | | | | Buy | 11/17/15 | J | | |
| 182. -- Lazard Emerging Markets | | | | | Buy (add'l) | 12/09/15 | J | | |
| 183. -- Oppenheimer Developing Markets Fund | | | | | Buy | 11/17/15 | J | | |
| 184. -- William Blair International Growth | | | | | Buy | 12/09/15 | J | | |
| 185. -- Ishares S&P Small-Cap | | | | | Buy | 12/24/15 | J | | |
| 186. -- Vanguard Index FDS Value | | | | | Buy | 12/24/15 | K | | |
| 187. GLENMEDE IRA | E | Distribution | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -- Glenmede Core Fixed Income Port | | | | | Sold (part) | 04/17/15 | J | A | |
| 189. -- Exxon Mobil Corp | | | | | | | | | |
| 190. -- Johnson & Johnson | | | | | | | | | |
| 191. -- Glenmede Govt Cash Fund | | | | | | | | | |
| 192. -- Qualcomm Corp | | | | | | | | | |
| 193. -- AT&T Inc | | | | | | | | | |
| 194. -- Templeton Global Bond Fund | | | | | | | | | |
| 195. -- Legg Mason Brandywine Global Fund | | | | | | | | | |
| 196. -- Matthews Asian & Growth Income Fund | | | | | Buy (add'l) | 02/09/15 | K | | |
| 197. -- Matthews Asian & Growth Income Fund | | | | | Sold | 08/24/15 | K | A | |
| 198. -- Kellogg Co | | | | | Sold | 07/31/15 | J | B | |
| 199. -- Conocophillips | | | | | | | | | |
| 200. -- Glenmede Fund Inc Advisor Small Cap | | | | | | | | | |
| 201. -- American Express Co. | | | | | | | | | |
| 202. -- Matthews Pacific Tiger Fund | | | | | Sold (part) | 09/10/15 | J | A | |
| 203. -- Van Eck Global Hard Assets | | | | | | | | | |
| 204. -- Freeport McMoran Copper Gold Inc | | | | | Sold | 05/19/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -- Tupperware Corp | | | | | Sold | 12/04/15 | J | A | |
| 206. -- Apple Inc | | | | | Sold (part) | 02/11/15 | J | B | |
| 207. -- Wells Fargo Co | | | | | | | | | |
| 208. -- Seyworks Solutions | | | | | | | | | |
| 209. --National Oilwell Varco Inc | | | | | | | | | |
| 210. -- Ensco PLC | | | | | Sold | 01/22/15 | J | A | |
| 211. -- Celgene Corp | | | | | Sold (part) | 07/24/15 | J | C | |
| 212. -- Allergan Inc | | | | | Sold | 01/12/15 | J | D | |
| 213. -- Ebay Inc | | | | | Sold | 09/02/15 | J | A | |
| 214. -- Franklin Resources Inc | | | | | Sold | 01/14/15 | J | A | |
| 215. -- Cisco Systems | | | | | | | | | |
| 216. -- Baxter Intl Inc | | | | | Sold | 05/19/15 | J | A | |
| 217. -- Blackrock Strategic Income | | | | | Sold | 11/20/15 | K | A | |
| 218. -- Union Pacific Corp | | | | | | | | | |
| 219. -- Procter & Gamble | | | | | Sold | 08/26/15 | J | A | |
| 220. -- Target Corp | | | | | Sold | 02/18/15 | K | C | |
| 221. -- Precision Castparts Corp | | | | | Sold (part) | 07/24/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. -- Precision Castparts Corp | | | | | Sold | 08/21/15 | J | A | |
| 223. -- Google Inc | | | | | Merged (with line 255) | 10/05/15 | J | | |
| 224. -- W W Grainger Inc | | | | | Sold | 06/15/15 | K | A | |
| 225. -- Emerson Electric | | | | | Sold | 05/28/15 | J | A | |
| 226. -- Loomis Sayles Bond Fund | | | | | Buy (add'l) | 07/23/15 | J | | |
| 227. -- T Rowe Price Emerging Mkt | | | | | Sold | 02/05/15 | K | A | |
| 228. -- McCormick & Co Inc | | | | | | | | | |
| 229. -- Tractor Supply | | | | | Sold | 01/29/15 | K | C | |
| 230. -- Whiting Petroleum | | | | | | | | | |
| 231. -- Priceline.Com Inc | | | | | | | | | |
| 232. -- Quintiles Transitional Holdings Inc | | | | | Buy | 01/21/15 | J | | |
| 233. -- Roche Holdings Ltd Spons ADR | | | | | Buy | 02/26/15 | J | | |
| 234. -- Novo-Nordisk | | | | | Buy | 02/27/15 | J | | |
| 235. -- Novo-Nordisk | | | | | Sold (part) | 08/25/15 | J | A | |
| 236. -- T Rowe Price Group Inc | | | | | Buy | 03/02/15 | J | | |
| 237. -- T Rowe Price Group Inc | | | | | Sold | 12/28/15 | J | A | |
| 238. -- Pepsico Inc | | | | | Buy | 03/12/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. -- Chevron Corp | | | | | Buy | 03/12/15 | J | | |
| 240. -- Chubb Corp | | | | | Buy | 03/12/15 | J | | |
| 241. -- Chubb Corp | | | | | Sold | 08/21/15 | J | A | |
| 242. -- F5 Networks | | | | | Buy | 03/17/15 | J | | |
| 243. -- Astrazenca PLC Spons ADR | | | | | Buy | 03/31/15 | J | | |
| 244. -- Mastercard Inc | | | | | Buy | 04/22/15 | J | | |
| 245. -- Boeing Co | | | | | Buy | 06/09/15 | J | | |
| 246. -- Raytheon Company | | | | | Buy | 06/09/15 | J | | |
| 247. -- Ace Ltd | | | | | Buy | 07/10/15 | J | | |
| 248. -- Paypal Holdings Inc | | | | | Buy | 07/20/15 | J | | |
| 249. -- Home Depot Inc | | | | | Buy | 07/27/15 | J | | |
| 250. -- JP Morgan & Chase Co | | | | | Buy | 07/30/15 | J | | |
| 251. -- Dollar Tree Inc | | | | | Buy | 09/15/15 | J | | |
| 252. -- Honeywell International Inc | | | | | Buy | 09/28/15 | J | | |
| 253. -- Ralph Lauren Corp | | | | | Buy | 10/01/15 | J | | |
| 254. -- Cummins Engine Inc | | | | | Buy | 10/02/15 | J | | |
| 255. -- Alphabet Inc Cap Stock | | | | | Buy | 10/05/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256.  -- Sherwin Williams Co | | | | | Buy | 10/07/15 | J | | |
| 257.  -- US Bancorp | | | | | Buy | 10/07/15 | J | | |
| 258.  -- Gilead Sciences Inc | | | | | Buy | 10/29/15 | J | | |
| 259.  -- Southern Co | | | | | Buy | 11/03/15 | J | | |
| 260.  -- WEC Energy Corp | | | | | Buy | 11/12/15 | J | | |
| 261.  -- TJX Cos Inc | | | | | Buy | 11/18/15 | J | | |
| 262.  -- Walt Disney Co | | | | | Buy | 12/17/15 | J | | |
| 263.  -- Google Inc | | | | | Buy | 12/18/15 | J | | |
| 264.  -- Invesco Ltd | | | | | Buy | 12/31/15 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 05/10/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Anne E. Thompson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544